FILED
8/3/2021

Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **MELODIE GALVAN,** Defendant. | **VIOLATION:** E1102439 **Location Code: M13** **ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $125 fine and $30 processing fee for violation E1102439 (for a total of $155), and for good cause shown, IT IS ORDERED that the $155 fine paid by the defendant is accepted as a full adjudication of violation E1102439.

IT IS FURTHER ORDERED that the initial appearance scheduled for August 6, 2021 and/or September 24, 2021, is VACATED.

DATED this <u>3rd</u> day of August, 2021.

_____
John Johnston
United States Magistrate Judge